UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RAMON DIAZ ALMANZAR, A024301794,

        Petitioner,

  -v-

MICHAEL T. PHILLIPS, in his official capacity as
Facility Director of Buffalo Federal Detention Facility;
EDWARD NEWMAN, in his official capacity as
District Director, Buffalo, NY Immigration and Customs
Enforcement; JANET NAPOLITANO, in her official
capacity as Secretary of Department of Homeland
Security; Mr. ERIC HOLDER in his official capacity
as Attorney General of the United States and the
U.S. DEPARTMENT OF HOMELAND SECURITY;

        Respondents.

**DECISION and ORDER**
12-CV-1215C



UNITED STATES DISTRICT COURT
FILED
DEC 2 7 2012
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

        Petitioner Ramon Diaz Almanzar, who is currently detained at Buffalo Federal

Detention Facility, seeks relief through counsel pursuant to 28 U.S.C. § 2241 as more fully

set forth in the petition an supporting documents. Petitioner has paid the $5.00 filing fee.

        IT HEREBY IS ORDERED as follows:

        **1.**    Within **45 days** of the service of this order, respondent shall file and serve

an **answer** to the application with the Clerk of Court which shall respond to the allegations

of the petition. Alternatively, in the appropriate case, respondent may file a motion to

dismiss the petition, accompanied by pertinent exhibits which demonstrate that an answer

to the petition is unnecessary, by no later than **45 days** from service of this order.

        Respondent also shall file and serve by the above date a **memorandum of**

**law** with the Clerk of Court addressing each of the issues raised in the petition and

including citations of relevant supporting authority. Respondent is directed to accompany all citations to sections of the Immigration and Naturalization Act with reference to the appropriate sections of 8 U.S.C.

Petitioner shall have **25 days** upon receipt of the answer to file a written response to the answer and memorandum of law (or motion to dismiss).

2. The Clerk of Court shall serve a copy of the petition, together with a copy of this order, by certified mail, upon the following:

• Facilities Director, Buffalo Federal Detention Center, 4250 Federal Drive, Batavia, New York 14020;

• Office of General Counsel, Department of Homeland Security, Washington, D.C. 20528;

• Attorney General of the United States, Main Justice Building, 10th and Constitution Avenues N.W., Washington, DC 20530;

• United States Attorney for the Western District of New York, Civil Division, 138 Delaware Avenue, Buffalo, New York 14202.

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENT.**

SO ORDERED

Dated:        12 / 26 , 2012
              Buffalo, New York

WILLIAM M. SKRETNY
Chief Judge
United States District Court